### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 15-cv-01451-CMA-KMT

ROBIN JARRATT,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 23). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED: April 19, 2016

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge